United States District Court
Southern District of Texas

**ENTERED**

July 17, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Gilmer Estuardo Jimenez Lopez, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-3901 |
| | § | |
| Randy Tate, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER  DISMISSING  PETITION

Before the Court is Respondents' Status Update indicating that Petitioner Gilmer Estuardo Jimenez Lopez has been released from detention. Doc. 9; *see also* Doc. 9-1 (Order of Release on Recognizance).

Petitioner's release renders the sole challenge in his Petition—his detention—non-justiciable. *See* Doc. 1. The Petition is therefore DISMISSED AS MOOT. All pending motions are DENIED AS MOOT. The Clerk of Court is directed to CLOSE this case.

The action shall be restored to the docket upon Petitioner's request and his demonstration that any aspect of the Petition has not been rendered moot by his release.

A final judgment will be entered separately.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 17th of July, 2026.

_____

Nicholas J. Ganjei
United States District Judge